UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**
McGovern Legal Services, LLC
By: Joseph Clemente, Esq.
850 Carolier Lane
North Brunswick, NJ 08902
(732) 246-1221
Attorneys for Society Hill at Hamilton II
Condominium Association, Inc.

Order Filed on August 24, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In re:

**DENA BONFONTI,**

Debtor.

Case No.: 18-20299

Judge: Michael B. Kaplan

Chapter:    13

### CONSENT ORDER RESOLVING CREDITOR'S OBJECTION TO CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN

The relief set forth on the following pages, numbered one (1) though three (3) is hereby **ORDERED.**

**DATED: August 24, 2018**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

McGOVERN LEGAL SERVICES, LLC
BY: JOSEPH CLEMENTE, ESQ.
850 CAROLIER LANE
NORTH BRUNSWICK, NEW JERSEY 08902
(732) 246-1221
ATTORNEYS FOR SOCIETY HILL AT HAMILTON II CONDOMINIUM ASSOCIATION, INC.

|  |  |
|---|---|
| In re: | UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY IN PROCEEDINGS UNDER CHAPTER 13 OF THE BANKRUPTCY CODE |
| DENA BONFONTI, | CASE NO.: 18-20299-MBK |
| Debtor. | **CONSENT ORDER** |

### CONSENT ORDER RESOLVING CREDITOR'S OBJECTION TO CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN

**THIS MATTER** having been brought before the court by McGovern Legal Services, LLC, attorneys for creditor, Society Hill at Hamilton II Condominium Association, Inc. (the "Association"), by way of an Objection to Confirmation of Debtor's Chapter 13 Plan, and the parties having consented to the relief set forth herein, and for good cause shown and no cause to the contrary appearing;

**IT IS ORDERED**, as follows:

1. The Association's secured claim against the Debtor's estate is allowed in the amount of $9,277.92, for a total claim of $9,277.92.

2. The Debtor shall pay the Association's secured claim in the amount of $9,277.92 through the Plan.

3. The Debtor shall pay the Association all post-petition assessments as they become due and owing in the regular course of business.

WE HEREBY CONSENT TO THE FORM
AND ENTRY OF THIS CONSENT ORDER:

McGovern Legal Services, LLC
Attorneys for Society Hill at Hamilton II Condominium Association, Inc.

_____                   August 22, 2018
JOSEPH CLEMENTE, ESQ.                       DATE

_____                   8/14/18
KEVIN C. FAYETTE, ESQ.                      DATE
Attorney for Debtor