```
UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)
McGovern Legal Services, LLC
By: Joseph Clemente, Esq.
850 Carolier Lane
North Brunswick, NJ 08902
(732) 246-1221
Attorneys for Society Hill at Hamilton II
Condominium Association, Inc.
```

**Order Filed on August 24, 2018**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

In re:

**DENA BONFONTI,**

Debtor.

Case No.: 18-20299

Judge: Michael B. Kaplan

Chapter: 13

## CONSENT ORDER RESOLVING CREDITOR'S OBJECTION TO CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN

The relief set forth on the following pages, numbered one (1) though three (3) is hereby **ORDERED**.

**DATED: August 24, 2018**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

1

McGOVERN LEGAL SERVICES, LLC
BY: JOSEPH CLEMENTE, ESQ.
850 CAROLIER LANE
NORTH BRUNSWICK, NEW JERSEY 08902
(732) 246-1221
ATTORNEYS FOR SOCIETY HILL AT HAMILTON II CONDOMINIUM ASSOCIATION, INC.

|  |  |
|---|---|
| In re: | UNITED STATES BANKRUPTCY COURT<br>FOR THE DISTRICT OF NEW JERSEY<br>IN PROCEEDINGS UNDER CHAPTER 13<br>OF THE BANKRUPTCY CODE |
| DENA BONFONTI, | CASE NO.:   18-20299-MBK |
| Debtor. | **CONSENT ORDER** |

### CONSENT ORDER RESOLVING CREDITOR'S OBJECTION TO CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN

**THIS MATTER** having been brought before the court by McGovern Legal Services, LLC, attorneys for creditor, Society Hill at Hamilton II Condominium Association, Inc. (the "Association"), by way of an Objection to Confirmation of Debtor's Chapter 13 Plan, and the parties having consented to the relief set forth herein, and for good cause shown and no cause to the contrary appearing;

**IT IS ORDERED**, as follows:

1. The Association's secured claim against the Debtor's estate is allowed in the amount of $9,277.92, for a total claim of $9,277.92.

2. The Debtor shall pay the Association's secured claim in the amount of $9,277.92 through the Plan.

3. The Debtor shall pay the Association all post-petition assessments as they become due and owing in the regular course of business.

2

WE HEREBY CONSENT TO THE FORM
AND ENTRY OF THIS CONSENT ORDER:

McGovern Legal Services, LLC
Attorneys for Society Hill at Hamilton II Condominium Association, Inc.

_____     August 22, 2018
JOSEPH CLEMENTE, ESQ.           DATE

_____     8/14/18
KEVIN C. FAYETTE, ESQ.          DATE
Attorney for Debtor

3

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 18-20299-MBK
Dena Bonfonti                                                         Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin               Page 1 of 1            Date Rcvd: Aug 24, 2018
                              Form ID: pdf903           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 26, 2018.
db             +Dena Bonfonti,   24 Chambord Court,   Hamilton, NJ 08619-4703

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 26, 2018                               Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 24, 2018 at the address(es) listed below:
              Albert   Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor    VW Credit Leasing, Ltd dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Francis J. McGovern, Jr.    on behalf of Creditor    Society Hill at Hamilton II Condominium
               Association, Inc. egambino@theassociationlawyers.com, fmcgovern@theassociationlawyers.com
              Joseph   Clemente    on behalf of Creditor    Society Hill at Hamilton II Condominium Association,
               Inc. jclemente@theassociationlawyers.com
              Kevin C. Fayette    on behalf of Debtor Dena  Bonfonti kfayette@kevinfayette.com
              Kevin Gordon McDonald    on behalf of Creditor    VW Credit Leasing, Ltd kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Sherri Jennifer Smith    on behalf of Creditor    WELLS FARGO BANK, N.A. nj.bkecf@fedphe.com,
               nj.bkecf@fedphe.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 8