UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Law Office of Kevin Fayette, LLC
1675 Whitehorse Mercerville Road
Suite 204
Hamilton, New Jersey 08619
(609) 584-0600

In Re: Dena Bonfonti

Order Filed on February 4, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No. 18-20299

Adv. No.

Hearing Date:

Judge: Michael B. Kaplan

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED.**

**DATED: February 4, 2019**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Case No. 18-20299  
Order Granting Supplemental Chapter 13 Fees  
Page 2

---

  The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised:

  ORDERED that the Law Offices of Kevin Fayette, LLC, the applicant, is allowed a fee of $800.00 for services rendered and expenses in the amount of $0.00 for a total of $800.00. The allowance shall be payable:

  __XX__  Through the Chapter 13 plan as an administrative priority

  _____  Outside the plan