UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Law Office of Kevin Fayette, LLC
1675 Whitehorse Mercerville Road
Suite 204
Hamilton, New Jersey 08619
(609) 584-0600

In Re: Dena Bonfonti

Order Filed on February 4, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No. 18-20299

Adv. No.

Hearing Date:

Judge:  Michael B. Kaplan

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following pages, numbered two (2) through two (2)  is hereby **ORDERED.**

**DATED: February 4, 2019**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Case No. 18-20299
Order Granting Supplemental Chapter 13 Fees
Page 2

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised:

ORDERED that the Law Offices of Kevin Fayette, LLC, the applicant, is allowed a fee of $800.00 for services rendered and expenses in the amount of $0.00 for a total of $800.00. The allowance shall be payable:

  XX        Through the Chapter 13 plan as an administrative priority

           Outside the plan

United States Bankruptcy Court
District of New Jersey

In re:  
Dena Bonfonti  
    Debtor

Case No. 18-20299-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Feb 04, 2019  
                             Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 06, 2019.  
db          +Dena Bonfonti,    24 Chambord Court,    Hamilton, NJ 08619-4703

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                   TOTAL: 0

           ***** BYPASSED RECIPIENTS *****  
NONE.                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 06, 2019                                            Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 4, 2019 at the address(es) listed below:

       Albert    Russo     docs@russotrustee.com  
       Denise E. Carlon     on behalf of Creditor     VW Credit Leasing, Ltd dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
       Francis J. McGovern, Jr.     on behalf of Creditor     Society Hill at Hamilton II Condominium Association, Inc. egambino@theassociationlawyers.com, fmcgovern@theassociationlawyers.com  
       Joseph    Clemente     on behalf of Creditor     Society Hill at Hamilton II Condominium Association, Inc. jclemente@theassociationlawyers.com  
       Kevin C. Fayette     on behalf of Debtor Dena    Bonfonti kfayette@kevinfayette.com  
       Kevin Gordon McDonald     on behalf of Creditor     VW Credit Leasing, Ltd kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com  
       Sherri Jennifer Smith     on behalf of Creditor     WELLS FARGO BANK, N.A. nj.bkecf@fedphe.com, nj.bkecf@fedphe.com  
       U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov

                                                                                                         TOTAL: 8