

Order Filed on July 13, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

---

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

McGovern Legal Services, LLC
By: Marlena S. Diaz-Cobo, Esq.
850 Carolier Lane
North Brunswick, NJ 08902
(732) 246-1221
Attorneys for Society Hill at Hamilton II
Condominium Association, Inc.

---

In Re:

DENA BONFONTI

Case No.: 18-20299

Judge: Michael B. Kaplan

Chapter: 13

## CONSENT ORDER RESOLVING CREDITOR'S MOTION FOR STAY RELIEF

The relief set forth on the following pages, numbered one (1) though four (4) is hereby **ORDERED**.

**DATED: July 13, 2020**

_/s/ Michael B. Kaplan_
Honorable Michael B. Kaplan
United States Bankruptcy Judge

1

McGOVERN LEGAL SERVICES, LLC
BY: MARLENA S. DIAZ-COBO, ESQ.
850 CAROLIER LANE
NORTH BRUNSWICK, NEW JERSEY 08902
(732) 246-1221
ATTORNEYS FOR SOCIETY HILL AT HAMILTON II CONDOMINIUM ASSOCIATION, INC.

|  |  |
|---|---|
| In re: | UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY IN PROCEEDINGS UNDER CHAPTER 13 OF THE BANKRUPTCY CODE |
| DENA BONFONTI | CASE NO.: 18-20299-MBK |
| Debtor. | **CONSENT ORDER** |

### CONSENT ORDER RESOLVING CREDITOR'S MOTION FOR STAY RELIEF

**THIS MATTER** having been brought before the court by McGovern Legal Services, LLC, attorneys for creditor, Society Hill at Hamilton II Condominium Association, Inc. (the "Association"), by way of a Motion for Stay Relief and the parties having consented to the relief set forth herein, and for good cause shown and no cause to the contrary appearing;

**IT IS ORDERED, ADJUDGED AND DECREED THAT** the Debtor us indebted to the Association in the amount of $3,491.85 in post-petition maintenance fees, special assessments, late fees, fines and attorneys' fees related to the Association's attempts to collect unpaid post-petition fees through May 27, 2020 (the "Total Due"). The Total Due is detailed below:

| | |
|---|---:|
| Maintenance Fees (6/1/18-5/1/20): | $6,563.04 |
| Special Assessments | $457.33 |
| Late Fees: | $200.00 |
| Fines: | $700.00 |

2

| | |
|---|---|
| Payments: | -$6,018.92 |
| Legal (work related to post-petition default through 5/26/20, including filing fee): | $1,590.40 |
| Total: | $3,491.85 |

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED THAT** the Debtor shall pay the Association $281.60 on or before July 15, 2020. Thereafter, the Debtor shall pay the Association $281.60 on or before August 1, 2020, $281.60 on or before September 1, 2020, $281.60 on or before October 1, 2020, $281.60 on or before November 1, 2020, $281.60 on or before December 1, 2020, $281.60 on or before January 1, 2021 and $281.65 on or before February 1, 2021 (the "Monthly Cure Payments"). The Monthly Cure Payments shall be paid by personal or certified check made payable to Society Hill at Hamilton II Condominium Association, Inc. and received by McGovern Legal Services, LLC, 850 Carolier Lane, North Brunswick, NJ 08902 on or before the first of each month until the Total Due is satisfied.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED THAT** so long as the Debtor timely pays all Monthly Cure Payments and regular monthly maintenance fees, as stated herein, the Association will waive $200.00 in late fees and $350.00 in fines.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED THAT** the Debtor shall pay the Association a secured claim of $689.00 through the Plan.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED THAT** the Debtor shall maintain her post-petition assessments and other post-petition obligations as they become due and owing to the Association commencing on June 1, 2020; and

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED THAT** if the Debtor fails to make the immediate payment specified above or fails to make any regular monthly payment or the additional monthly cure payment within thirty (30) days of the date the payments are due, then the Association may

obtain an Order Vacating the Automatic Stay as to the Collateral by filing, with the Bankruptcy Court, a Certification specifying the Debtor's failure to comply with this order. At the time the Certification is filed with the court, a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtor, and the Debtor's attorney.

**WE HEREBY CONSENT TO THE FORM AND ENTRY OF THIS CONSENT ORDER:**

McGovern Legal Services, LLC
Attorneys for Society Hill at Hamilton II
Condominium Association, Inc.

_____    7/2/20
MARLENA S. DIAZ-COBO, ESQ.    DATE


_____    7/2/20
KEVIN FAYETTE, ESQ.    DATE
Attorney for Debtor