**STARK & STARK**
A Professional Corporation
Melissa A. Volet, Esq (Attorney ID 03080-2002)
993 Lenox Drive, Bldg. 2
Lawrenceville, NJ 08648-2389
(609) 896-9060
Attorneys for Society Hill at Hamilton II Condominium Association, Inc.

| | |
|---|---|
| In the Matter of:<br><br>**DENA BONFONTI,**<br><br>Debtor, | UNITED STATES BANKRUPTCY COURT<br>FOR THE DISTRICT OF NEW JERSEY<br><br>CASE NO. 18-20299<br><br>**SUBSTITUTION OF ATTORNEY** |

The Undersigned hereby consents to the substitution of Melissa A. Volet, Esquire of

Stark & Stark as Attorneys for Society Hill at Hamilton II Condominium Association, Inc. in the

above entitled cause.

McGovern Legal Services, LLC
Withdrawing Attorney

Dated: 1/10/22

By:_____
　　William H. Brosha, Esquire

Stark & Stark, P.C.
Superseding Attorneys

Dated: 1/20/22

By: /s/ Melissa A. Volet, Esquire_____
　　Melissa A. Volet, Esquire